

**THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E D

MAY 2 9 2024

Nathan Ochsner, Clerk of Court

VAN THI-HANH TRINH,

         **Plaintiff,**

**vs.**

MINH-TAM "TAMMY" TRAN

         **Defendants**

§
§
§
§
§
§
§
§
§
§
§

**CIVIL ACTION NO.
4:24-MC-00842**

**4:24cv2113**

## AMENDED PETITION, EXTENSION OF TIME TO SEEKING FOR A COUNSEL, AND REQUEST FOR DISCLOSURE

1.      Plaintiff, Van Thi-Hanh Trinh ("Van Trinh")[1] by the undersigned a Pro-Se **temporarily** [2], hereby submits this complaint for legal malpractice and negligence against the defendant, Minh-Tam "Tammy" Tran, in relation to the Federal Tort Claim Act, 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1028 – Identity Theft, 18 U.S. Code § 1028 A Aggravated Identity Theft, 18 U.S. Code § 1341 - Frauds and swindles, and in support hereof would respectfully show unto the Court the following facts and matters, to-wit:

2.      Plaintiff is a United States Citizen, a resident of the State of Texas, residing at 16903 Himley Dr.

---

[1] Through the previous experience, there was multiple U.S. District Judges have identified plaintiff's gender as a male, while **plaintiff was a female**. Plaintiff is a victim of identity theft, fraud and crime (4:24-mc-00745). The theft who has stolen plaintiff's identity, applied for an unemployment benefit, etc. was a male. This theft was also a member of the organized-crime group/ perpetrators—who abusively deployed the illegal implanted microchip in plaintiff. He's also having connection to plaintiff's Civil Action No.: 4:24-cv-01230, 4:24-cv-01231, and 4:24-cv-01236. This matter is related to the federal offenses that plaintiff has been reported to the Federal Bureau of Investigation (FBI) Special Agent Joseph O. on November 17, 2023, when plaintiff's SSN Card was applied without plaintiff's consent, and plaintiff's Certificate of Naturalization has also been swapped to have the name matching with the theft. Plaintiff has provided my Driver License to the U.S. District Clerk, proving that plaintiff is a female.

[2] As a result, plaintiff was having a language barrier, lacking knowledge in laws, and have been suffering with some neurological damages. In addition, plaintiff is needing temporarily submitting this lawsuit to aiming assist plaintiff to meet the statute limitation deadline.

---

Cypress, TX 77433.

3.      Defendant Minh-Tam "Tammy" Tran is an attorney, resident of the State of Texas, residing in the 23 Swan Isle Blvd Missouri City, TX 77459, in Fort bend County. Defendant operates her business as The Tammy Tran Law Firm, LLP, located at 2915 Fannin St, Houston, TX 77002.  The defendant may be found for the service at her home office located at, 23 Swan Isle Blvd. Missouri CITY, TX 77459-4495.

4.      In May 2022, defendant undertook to provide the legal services for plaintiff in connection to the Civil Action No. 2022-41843 (4:24-cv-01230), 2022-76347 (4:24-cv-01231), and 2023-31409 (4:24-cv-01236). Whereas the defendant had done her investigations and strategically planned to file 3 separate lawsuits to assist plaintiff. She had filed causes: 2022-41843 (against JP Morgan Chase Bank N.A.) in July 2022, 2022-76347 (against CITGO Petroleum Corporation & Daniel Fleming) in November 2022, and had planned to file the last one in December 2022 (against Dr. Windsen Pan & Ashley Pan) [3].

5.      However, shortly after the first lawsuit, 2022-41843 [4] against JP Morgan Chase Bank N.A. ("Chase") filed, one of the dependents on the second lawsuit, 2022-76347 (4:24-cv-01231) [5], Mr. Daniel Fleming and his team—the perpetrators sabotaged plaintiff's relationship with the attorney, Tammy Tran. Ms. Tammy Tran—the defendant took an unprofessional interest of favoritism toward Mr. Daniel Fleming, over her client-- plaintiff, leading to a conflict-of-interest matters, including the attorney—the defendant changed her plan at the last minute to **not sue Mr. Daniel Fleming, regardless she knew he had ruined plaintiff's life physically, financially and emotionally, whereas the defendant has charged plaintiff a substantial amount of $20,000.00 for the case itself,** on the top of another

---

[3]  She has been communicated back and forth with the defendants, Dr. Windsen Pan and Ashley Pan's attorney since June 2022.

[4] This cause has been removed from the state Court 129th Judicial District to the federal, the United States District for Southern District of Texas, Civil Action No. 4:24-cv-01230. Due to plaintiff is having English Language barrier and lacking knowledge in the laws, nor able to seek for the federal court to understand to allowing plaintiff's cases to be resolved at the federal level. The United States Marshall Investigator, as well as FBI Agents have seen that plaintiff's causes were the federal offenses, including state District Judge stated that she did not have jurisdiction over plaintiff's matters. Therefore, seeking for an attorney to help plaintiff process the causes at the federal court, or higher court is a MUST.

[5]  , This cause has been removed from the state Court 164th Judicial District to the federal, the United States District for Southern District of Texas, Civil Action No. 4:24-cv-01230. Due to plaintiff is having English Language barrier and lacking knowledge in the laws, nor able to seek for the federal court to understand to allowing plaintiff's cases to be resolved at the federal level. The United States Marshall Investigator, as well as FBI Agents have seen that plaintiff's causes were the federal offenses, including state District Judge stated that she did not have jurisdiction over plaintiff's matters. Therefore, seeking for an attorney to help plaintiff process the causes at the federal court, or higher court is a MUST.

---

$30,000.00 for suing JP Morgan Chase Bank N.A., in relation the wrongdoings had occurred to plaintiff at the local Chase Bank, who was plaintiff's mortgage lender, as well as, plaintiff's homestead being reportedly sold fraudulently, in relation to a fraud lien that Dr. Windsen Pan and Ashley Pan had placed against plaintiff's homestead.

6.    Most importantly, attorney Tammy Tran—the defendant started to change her perspectives toward plaintiff, to an extend that plaintiff could not be treated as her client like she was once had used to, to allowing plaintiff to seat inside her home office to read the petition for Cause No. 2022-76347, to understand for signing off per her request. But plaintiff was rushed to leave her home office, and have to go to my car after dark, to seat inside my car to read the petition to complete signing off…

7.    Furthermore, about 3 hours after plaintiff signed off the lawsuit on November 20, 2022, plaintiff was struck hard by a car at an approximately 200 FT from the attorney's home office— a second car crash that involved the arrangement matters, and at least 3 police officers. Following that, the attorney— **the defendant totally shut down and refused to continue to assist plaintiff with the legal matters, regardless plaintiff consistently shown up numerous times at her home office per weekly scheduled and begged for help.** Especially, plaintiff sought for help on resolving the fraudulent "foreclosure/ bankruptcy…" filed against plaintiff's home mortgage by Chase's inside fraud, Cause No. 2022-41843; as well as, completing to file the 3rd lawsuit [6] against Dr. Windsen Pan and Ashley Pan, for had a fraud lien against plaintiff's homestead, in which the defendant had already started around the end of May 2022, etc..

8.    Plaintiffs aver that the defendant was negligent and /or committed malpractice, in the following regards:

   (1) By failing to comply with the local rules to issuing the citation to serving the defendants that she filed the lawsuits.

   (2) By taking a large sum of money under the guise of "non-refundable" plat fees without accounting therefor.

---

[6]  Cause No. 2023-31409- she has been communicated back & forth with the defendants, Dr. Windsen Pan and Ashley Pan's attorney since June 2022, and planned to file the lawsuit in December 2022, but she did not. To meet the statute of limitation, plaintiff quickly learned the law and file the Original Petition, Cause No. 2023-31409, at the District Civil Court of Harris County, TX.

---

(3) By failing to explain to plaintiff her status of accomplishment on these cases.

(4) By shut down on plaintiff <u>right after plaintiff was struck by a car at an approximate 200 FT on the front of her home office, about 3 hours after plaintiff signed off the lawsuit, Cause No. 2022-76347 (4:24-cv-01231)</u>, on November 20, 2022, a car crash that involved arrangement matters, and at least 3 local police officers.

(5) By neglect, not to process any "production discoveries" in relation to the lawsuit, Cause No. 2022-41843, when plaintiff reported that, Chase's Internal Employee / inside fraudster (1) requested for plaintiff's home mortgage's paid-off quote, (2) changed plaintiff home mortgage mailing address to the defendant's business address, (3) fraudulently filed "foreclosure/ bankruptcy…" against plaintiff's home mortgage.

(6) By neglect, not to assist plaintiff to process any production discoveries on which Chase's employee has engaged on unlawful activities for stealing plaintiff's identity, changed plaintiff mortgage mailing address to attorney's business address, etc., resulted the defendant accused plaintiff using her business for handling plaintiff's personal matter, on the top of plaintiff's identity theft aggravated damages beyond fixable stage.

(7) By neglect, not to assist plaintiff to investigate or take any appropriate action to stop plaintiff from being bullied by the perpetrators, who has connection to Chase's inside fraud on blocking plaintiff from communicating with the attorney, to addressing the matters of Chase claim.

(8) By neglect, not to assist plaintiff to investigate or take any appropriate action to help plaintiff from further being injured, regardless the defendant acknowledged and stated that, plaintiff "<u>will get paralyzed, and no one will hire</u>" plaintiff.

(9) By neglect, withheld plaintiff case files, especially plaintiff's mailbox, not returning to plaintiff after the attorney—the defendant withdrew from plaintiff's causes, of which the mailbox contained the critical information assisting plaintiff on resolving plaintiff's causes.

(10)    By neglect, did not response to plaintiff certified mail requesting for response to plaintiff's questions in regarding the status of plaintiff's cases.

(11)    By neglect, did not take appropriate action when acknowledged that plaintiff was

defamed with mental illness, a "mental health consumer" person by multiple Harris County Constable Precinct 5 (HCCP5) Deputies, which resulted plaintiff being retaliated at the hospitals and doctors' offices, especially being denied for urgent medical service, being arranged for seeing a "fake" doctor, Dr. Christopher Orgunro— a perpetrator member's whom was not supposed to see plaintiff as a patient on October 26, 2020, leading to plaintiff's leg injuries remaining undiagnosed and untreated since 2019.

**(12)**      Etc. and etc....

**9.**      Consequently, the defendant's neglection has aggravated damaged to plaintiff been bullied and abused by multiple public sectors, continuously being retaliated by multiple judicial personnel, especially being bullied and harassed by multiple Social Security Administration (SSA) Supervisors and Specialists, Property Tax Assessors, Municipal Court Judge, the Security Guard of the SSA Office, and multiple Security Guards of FBI Office, as well as being discriminated against by the Houston Police Officers, and District Civil Court Bailiff and Clerk.

**10.**      Additionally, the defendant's neglection has aggravated Chase's fraudsters (Civil Action No. 4:24-cv-01230) to continue willfully as conscious and reckless disregard the laws, coordinated with the perpetrators to continue committed frauds, on purposely placing plaintiff's homestead on foreclosure, fraudulently selling plaintiff's homestead by: (1) blocking plaintiff from making mortgage payments to "cure the default" per Chase's instruction, (2) purposely placing plaintiff's homestead on foreclosure stage, (3) trespassing into plaintiff's home to defraud the potential buyer—trying to sell plaintiff home in April 2024 while plaintiff was not home [7].

**11.**      The defendant's neglection indirectly allowed the perpetrators take away plaintiff's home ownership privilege to substantially forfeit their criminal actions, including the federal offenses that they have been committed and were tighten to three lawsuits which were pending for resolution, as well as "cashing out" about $30,000.00 from plaintiff's home equity. Typically, when Chase approved for plaintiff with a Mortgage Assistance for an Unemployment Forbearance Plan, started May 1, 2024, Chase's inside fraud withheld the Official Forbearance Agreement Form; in which was disclosed all of

---

[7]   In association with posting 2 transactions of "inspection/ property maintenance cost - disbursement" to plaintiff's home mortgage, one on April 5, 2024, and then April 17, 2024. The outrageous action was purposely, placing plaintiff's homestead foreclose to sell plaintiff home, taking away plaintiff's ownership privilege while plaintiff's homestead has incurred the criminal activities that tight to four different Civil Actions: 4:24-cv-01230, 4:24-cv-01231, 4:24-cv-01236, and 4:24-mc-00745.

the terms, condition, dollar figures of the principal, accrued and unpaid interest amounts, especially the requirement of plaintiff—a borrower's signature to signify that plaintiff's agreement to obligate to the unpaid balances, etc..

**12.**     But instead, plaintiff was only received an instruction page labeled "forbearance agreement" without any dollar figures disclosed. Most importantly, there was an unclear amount of about $30,000.00 had cashed out from plaintiff's home equity which has factored into plaintiff's home mortgage unpaid principal. Regardless, plaintiff has insistently requested since April 25, 2024 for an official forbearance agreement, including raising plaintiff's question of these $30,000.00 to Chase's Home Lending's Vice President Assistant General Counsel, Chase Executive Office Specialist, but there's no verbal response, nor any written letter explaining the matter. If the defendant has imposed properly & timely resolved plaintiff's cause, none of the described matters would have been taken place.

**13.**     Most importantly, the defendant's neglection has also aggravated damages, on allowing the perpetrators abusively to continue using plaintiff as a lab-rat for bio-engineering experimentation, in relation to the illegal deployment of the implanted microchip, to achieve the behavior modifications and mind-control manipulations, cyber-torturing abusively to defeat plaintiff in court, to gain benefits, including attacking plaintiff while plaintiff fall asleep, to swap/alter court evidence inside plaintiff's backpack, to commit sexual assaults [8], to steal and duplicate plaintiff's house keys, including Mul-T-Lock keys [9], regardless they have been damaging plaintiff's **neurological system** [10].

---

[8]   Through the July 30, 2023 incident, and the discoveries about the illegal implanted microchip being used for cyber-torturing, bio-engineering experimentation on behavioral modifications, total human's mind control program vs. plaintiff's neurological damages and health issues, etc., plaintiff learned that, plaintiff was raped at least 3 times, by two different men. At this time, plaintiff has conquered my fear and able to come back to the house to sleep, but plaintiff could not remember who wrongdoers were, besides those 3 perpetrator members that plaintiff suspected: (1) the Ezzy Yusuf man who was arranged to move into the proper living next-door to plaintiff, (2) a stalker and defendant, Mr. Kenneth or Kennan, (3) a stalker with a little hunted back--who compromised plaintiff's numerous phone line, including deleting the photo his face. All of these men have involved in the deployment of the illegal implanted microchip in plaintiff, and have been covered by a few local authorities.

[9]   Mul-T-Lock has been a worldwide leader in developing, manufacturing, and marketing high-security locking products and access control solutions for institutional, commercial, industrial, and residential applications. Mul-T-Lock designs, develops and manufactures a broad range of innovative locking cylinders - both mechanical and electromechanical - that address the evolving security needs of institutions, businesses, and homeowners all over the worldA single key can only unlock a single cylinder, and no key can open more than one cylinder, ensuring you have maximum home security. The patented cylinder platforms meet international standards, are customizable, provide advanced key copy control and enhanced intrusion protection with high resistance to picks, drills, bumps, and other forms of cylinder manipulation.

[10]   Plaintiff neurological has been damaged, and still be cyber-torturing by perpetrators every days, every second that they please with, especially attacked plaintiff after plaintiff fall asleep at night to swapped, stole, manipulated court evidence, and

14.    Consequentially, the perpetrators continually and freely trespassing into plaintiff's homestead to perform their Satanic Ritual Abuses by injecting some black "fungus" into plaintiff sewer, and etc., on the top of performed their heinous crimes, and causing obstruction to plaintiff's property. Especially, in April 2024, while plaintiff was not home, they fraudulently showing plaintiff's home to potential buyer, exposing plaintiff's safety place to criminals...

15.    Without an active legal action imposed from the defendant, nor any pressing charges, was an act of negligence indirectly allowed:

a.    The perpetrators to arrange their member, the Ezzy Yusuf man moving into **live next-door to plaintiff**, at the property address, 16907 Himley Dr Cypress, TX to aggressively monitor, cyber-stalk plaintiff, started around the time the defendant investigated, and filed a lawsuit against Chase.

b.    Subsequently, in August 11, 2022 plaintiff was attacked after I fall asleep and walked toward the Ezzy Yusuf's home with my backpack full of court evidence, without having any memories of what had happened after that.

c.    Following that, in March 2023, the Ezzy Yusuf man trespassed into plaintiff's garage, after another perpetrator member stole plaintiff's Dad Flomax medication inside plaintiff's car, and then abused Dad medically at the hospital and doctor's office, whereas Dad had to scream in an excruciating pain.

d.    When I was advised to resolve my cause civilly by the District Attorney Office, plaintiff could only knew to prosecute the matter at the state court as a civil cause, but then plaintiff was then willfully as conscious and reckless to continue being attacked after I fall asleep, raped plaintiff on July 30, 2023 to mainly break plaintiff internally, to defeat plaintiff in court.

e.    Nevertheless, **in "my subconscious stage", these perpetrators performed an illegal medical procedure, on cutting into plaintiff's ear, to supply their evil motives—whereas plaintiff was at a place where plaintiff was not supposed to hear the Ezzy Yusuf's child coughing or talking, but plaintiff did, etc..** The damages that the Ezzy Yusuf man together with the perpetrators outrageous conducted bestowed on plaintiff as well as plaintiff's family, especially

---

commit violent crimes of elder abuse, and sexual assaults, performed illegal medical procedure such as injecting some chemical into plaintiff's spinal cord surrounded area, and cutting into plaintiff's ear twice, etc..

plaintiff Dad has been gone beyond the utmost possibilities of unethical and has no moral conducts.

16.     Would the defendant have resolved plaintiff's cause properly, it would have eliminated a lot of damages, suffers and mental anguishes for plaintiff, and plaintiff's family, especially plaintiff's Dad from the wrong-doings described above? But instead, the defendant's negligence taken places, in which have aggravated damaged to plaintiff started to lose feeling in my legs, and collapsed in March 2024, followed with lost feeling in leg in a sudden and failed at the store, etc... This matter was also lined up with defendant's statement of, plaintiff **"will get paralyzed and no one will hire"** plaintiff.

17.     Additionally, recently plaintiff has been developed with some unknown neurogenic bowel, neurogenic bladder, along with allergic reaction to certain metals, off and on fever, unsensed milky tears, inflammation in plaintiff' spinal cord, following with the coldest in spinal cord occurred at the constant times, etc., whereas it consisted of relevant factor to the case, and the illegal implanted microchip in plaintiff's body, as well as, the illegal medical procedures have performed on plaintiff by these perpetrators, on **injecting some chemical into plaintiff's spinal cord surrounded area twice in around late 2022 and 2023**...

18.     Most importantly, the defendant neglection also leading **plaintiff's civil case at the state court aggravated to the criminal case**. Especially, it has been aggravated damages to various federal offenses, including the judicial misconducts at the state court leading to the "obstruction of justice"; whereas, plaintiff's petitions, exhibits, affidavit, and motions being swapped with fraud contents, in conjunction with there're multiple platforms were built to supplied the fraud schemes of the perpetrators, as well as allowing the defendant's counsels committed frauds and perjured the state court to seek the District Judge for dismissals.

19.     If it was not all, without a proper legal action imposed by the defendant in relation to plaintiff's causes filed in 2022, the result has derived a negative impact to an extend plaintiff was not only being wrongfully and abusively investigated, being defamed with "mental illness", being abusively deployed with an illegal implanted microchip and illegal medical procedures, to cyber-torture, to damage plaintiff's neurological systems, to subject plaintiff became a disability person, while plaintiff was used to be a successful professional whose income was more than $100,000.00 annually. **But plaintiff was also being wrongfully suing by the Harris County Tax Attorney, the office of Mr. Christian D. Menefee**, regardless plaintiff's application for property tax disability exemption was under reviewing by the Harris

County Appraisal District (HCAD). Additionally, the Harris County Attorney represented the Cypress-Fairbanks Independent School District, ET AL, a Tax Assessor Collector, David Piwonka, who's suing plaintiff was also involved in plaintiff's causes. Whereas, the tax statement was sent to plaintiff from Michigan Zip code, opposing from Houston, TX in previous years. In which Texas Ranger had pointed out to plaintiff as an illegal act, that plaintiff had provided and reported to the attorney Tammy Tran—the defendant for her investigation.

20.     Furthermore, to the negligence and malpractice committed by the defendant as mentioned in the above paragraphs, the defendant did not serves Chase Bank via Secretary of State in 2022, but fraudulently induced the plaintiff that she had served Chase Bank through "Secretary of States"... There was also an **intrinsically linked** between this case and the Civil Action No. 4:24-cv-01230, 4:24-cv-01231, 4:24-cv-01236, and 4:24-mc-00745 invoking the Federal Tort Claim Act, U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1028 – Identity Theft, 18 U.S. Code § 1028 A – Aggravated Identity Theft, 18 U.S. Code § 1341 - Frauds and swindles among others; in which connected to the violent crimes of elder abuses, sexual assaults, and the car crashes involved the arrangement matters, plaintiff's life insurance fraud, and false death record of plaintiff was recorded at the Social Security Administration that connected to at least 2 SSA Supervisors, Ms. Brown, Ms. Harmon, and etc.

21.     In addition to the negligence and malpractice committed, and fraudulent inducement  on the part of defendant, defendant intentionally inflicted emotional distress on plaintiff, by leading plaintiff to believe that, a good outcome would take place from her communication with Chase Bank's Vice President Assistant General Counsel, Ms. Tilia O., while she did not follow through, etc., resulted plaintiff's cause aggravated damages to various federal offenses, plaintiff's home mortgage was repeatedly being filed for "foreclosure/ bankruptcy..." (3 times). Followed with JP Morgan Chase Bank N.A.'s inside fraud not only stole plaintiff's identity to commit frauds repeatedly, but also blocked plaintiff from making payment to cure the default, triggered plaintiff's homestead being foreclosed, and then posting 2 transactions of "inspection/ property maintenance cost – disbursement", aiming to purposedly forfeit a mortgage fraud transaction of about $30,000.00 factored into plaintiff's currently unpaid balance, as well as a new loan account has been place on plaintiff's home mortgage, etc. and etc..

22.     In addition, the defendant had also induced and requested plaintiff to obtain the loss of opportunity letters from plaintiff friends, whom could not let plaintiff borrow money due to the fraud lien from Dr. Windsen Pan and Ashley Pan, in order for the defendant to file the petition against Dr. Windsen

Pan, but once plaintiff provided the letters, the defendant did not follow through to complete her duty. Consequently, plaintiff has been suffered with irreparable damages much more than previous years:

a) Being bullied, harassed, discriminated by the judicial personnel, hearing officer on March 5, 2024, when plaintiff do not have money to pay for my vehicle been booted fee on the same day of being booted, and hearing.

b) Being tortured by the public sector, for example Houston Parking of the City of Houston, TX on March 5, 2024. Regardless I have addressed the situation of I don't have money to pay for taxi/uber that day. While I has also already reached out seeking for their assistance on the forbearance option in January; especially, I have been suffering with a leg injured, and could not walk far from the District Civil Court to the Municipal Court of Harris County, Texas, without aggravated damages to my leg [11], but there was no mercy, I was requested to walk to obtain a payment plan from the Hearing Officer, in order to have the locked boot removed from my vehicle.

c) Being harassed by perpetrators for foreclosure my home, if I don't pay my mortgage balance by April 10, 2024 while I have already applied for the mortgage assistance program.

d) Being harassed by the Harris County Tax Assessor Collector for placing a "tax lien" against my home because I could only make $20.00 – $125.00 per month, which was depended on how much money I can borrow.

e) Being harassed and bullied for re-possessing my Star's furniture while I owe only about 0.4% of the balance, by perpetrator who was either an "inside fraud" personnel, or the perpetrators had abused their authority, retaliated me at the business entity to get control over my life, like they have been doing to me at the bank, school, wireless providers, State Farm, my veterinary, hospital, doctor's offices, etc. to extend I was denied for medical services, etc. and etc..

f) I am pretty much eating one meal a day since 2022.

g) I have been living in a house without hot water or heater since Apil 2022.

---

[11]  I have been pretty much walking with ½ of my right feet—the toes part, without putting pressure on the calcaneus since around 2021, if I walk too much on it, my feet will become swollen and change to purple color. The injure in relation to the surgery has been remained undiagnosed and untreated since surgery in October 8, 2019. *due to retaliation* .

h) I dropped out of school, unable to continue finishing the degree to help seeking for a job, etc..

23. Most importantly, the defendant's neglection, aggravated of damages had led to plaintiff continuous become a lab-rat, for the perpetrators to continue performed the illegal medical procedures on plaintiff's body. The matter has induced numerous health issues for plaintiff while plaintiff could not go to see any doctors since December 2020, due to the retaliation that resulted from Mr. Daniel Fleming's wrongful and abusive investigation, including plaintiff was denied for seeing a doctor in an urgent, when plaintiff was suffering with a non-stopped bleeding disorder for weeks. The consequences *a lso* have aggravated damages to plaintiff dependent—plaintiff's Dad being suffered with an irreparable damages, and lacking the living necessities that he was used to have when plaintiff fully function and able to work, and supporting Dad since Dad become disability and retired more than a decade ago. In which had led plaintiff's Dad Parkinson Disease stage has aggravated to a deeper stage—where Dad started to shake ½ of his body...

24. As a direct and proximate result of defendant' gross negligence, intentional and fraudulent inducement, and intentional infliction of emotional distress, plaintiff sustained actual damages more than the monetary could be bought. On the top of, plaintiff has been disabled due to the illegal implanted microchip has abusively deployed in plaintiff by the perpetrators—who have conspired with Mr. Daniel Fleming *subjected* *plaintiff being* suffered with some neurological damages, including neurogenic bowel, and neurogenic bladder, fogginess, syncope, my headache episodes triggered at a constant times, intense headache every single day, forgetfulness, conscious cloudiness, off & on fevers, un-sensed milky tears, started to lose feelings in my legs and have collapsed around March 2024, following with lose feeling in leg again and fell at the store, etc..

25. By virtue of the defendant's gross negligence, intentional and fraudulent conduct, and reckless disregard for the rights of plaintiff as her clients, who has gone beyond the normal circumstance to come to her home office almost every single day to do her house chores, so that it could free up her time, so she could assist plaintiff with the causes ASAP, before the statute of limitation deadline reached. Plaintiff are entitled to an award of the punitive damages against the defendant.

26. **WHEREFORE, PREMISES CONSIDERED**, plaintiff hereby demand for: (1) a jury trial and (2) judgment of and from the defendant in the amount of $ 650,000.00 in compensatory damages, plus $150,000.00 in punitive damages for plaintiff, together with prejudgment and pos-judgement interests, and all cost accrued herein if the pending Civil Action No. 4:24-cv-01230, 4:24-cv-01231, and 4:24-cv-

01236 will be settled.

## EXTENSION OF TIME TO SEEKING FOR A COUNSEL

27.     As a result, plaintiff still having a language barrier, lacking knowledge in laws, especially has been suffered with neurological damages, plaintiff was unable to formulate the proper communications to others when plaintiff being attacked/cyber-torture, by the perpetrators remotely access the illegal implanted microchip in plaintiff's body [12]. With these in place, plaintiff was not able to resolve plaintiff's cause without an attorney; therefore, plaintiff is seeking for an extension of time to seeking for a new counsel to assisting plaintiff to resolving the cause, as well as other pending Civil Actions: 4:24-cv-01230, 4:24-cv-01231, 4:24-cv-01236.

28.     As a result, these civil pending actions at the U.S. District Court were in the intrinsically stages where plaintiff cases aggravated damages to numerous federal offenses, including criminal activities, involved diversities, especially judicial misconducts and obstruction of justice at the state courts. Whereas, plaintiff has also reported to the United States Marshall (USM), and the USM Investigator identified that, plaintiff's causes were fall under the federal crimes, and advised plaintiff work promptly with FBI to get plaintiff's case resolved. While plaintiff could not continue to obtain the helps from FBI to

---

[12]   Through my research and experiences, each of us has a bio-electrical resonance frequency in our brain, and when the electromagnetic frequency brain stimulation fully coded, pulsating electromagnetic signals can be sent to the brain, cause intense headache for victim, causing the desired and visual effects to be experienced by the victim such as myself. Myself who has an implanted microchip which contain a unique identification like a SIM card of a cellular phone, where my brain functions can be remotely monitored, manipulated and altered via a computer (Brain Computer Interface (B.C.I.) with the changing of the frequencies. In which blocked the nature chemical and electric signals that the normal brain induced, triggered the effects of I could not formulating my thoughts doing calculating, etc., become disabled and could not conduct a proper communication to others, nor remember things, etc.. Especially, victim such as myself being attacked after they fall asleep, so that the perpetrators could have a total human control and behavioral modifications to extract court evidence, manipulate the situation, etc. to defeat me in court, including performing illegal medical procedure, such as in 2023 I fall asleep and woke up 2 days later under the influenced of sedating—like anesthesia while I was not sick. Whereas I would have no memories of what had happened during this time. Typically, last night, Friday May 3, 2024, I was attacked after I fall asleep inside my car on the front of the hotel parking lot. My court evidence, recording tape being tempered, etc.. without me having any memories of what has been happened besides the evidence that I collected when they attacked me, and the after-effects physical symptoms.

prosecute plaintiff's cases, as a result plaintiff being "road-blocked" by multiple Security Guards of the FBI Office, including being threaten by a HPD Officer, who stated that she will "arrest" plaintiff if plaintiff come back to FBI Office again.

29.     On the conjunction, plaintiff is a civilian and could not prosecute plaintiff's cases under federal criminal court, but only knew to prosecute in the <sub>federal</sub> Civil Court in the meantime, and seeking for a jury trial. However, there're multiple federal judges keep remanding plaintiff's cause back to the state courts; whereas the state courts did not have jurisdictions over plaintiff's matters, including a state District Judge stated that, she did "not have jurisdiction" over plaintiff's related matters, etc..

30.     Additionally, even though plaintiff and the former attorney Tammy Tran-- the defendant was once had arranged for only doing business matters in-person through the weekly appointments. However, occasionally, while plaintiff was in school at the University of Texas, Austin, TX, and must communicate with the attorney via fax, email or text on the "urgent/must items"; plaintiff had experienced with the perpetrator members pretended to be attorney Tammy Tran to communicate with plaintiff via text messages and emails, after they blocked plaintiff from faxing my letter, legal documents to the attorney. These type of matters did create a complexity of the causes, whereas bringing a new counsel on board to assist plaintiff resolving the cause is a must.

31.     Therefore, plaintiff respectfully requests that this Honorable Court exercise jurisdiction over this matter, and allowing plaintiff an extension of time to seek for new counsel, to assist plaintiff with resolving my cases at the United States District Court for Southern District of Texas.

---

## 28 U.S. CODE § 1746 - UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

---

32.     I declare, certify, and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

33.     In addition, if I, **Van Thi-Hanh Trinh** made up any of the statement of facts, I deserve for the United States Government place me on the Electric Chair, and electrocute me.

---

34.   Executed on _May 29, 2024_ .

Respectfully Submitted,

-- Van Thi-Hanh Trinh

16903 Himley Dr.   Cypress, TX 77433

- Numerous phone lines and emails being compromised— one after another due to Mr. Daniel Fleming's wrongful and abusive investigation, subjected me become a "Targeted Individual"—being abusively deployed an illegal implanted microchip for bio engineering experimentation, cyber-torture, behavioral modifications, and mind-control operations to gain benefits, including committed violent crimes of elder abuses, arranged car crashes, and sexual assaults. These matters also have tightened to the pending lawsuits at the U.S. District Court of Southern District of Texas, Case No. 4:24-cv-01230 (2022-41843), 4:24-cv-01231 (2022-76347), 4:24-cv-01236 (2023-31409), and 4:24-mc-00745.

- U.S. Postal Mail has also being compromised, including CERTIFIED MAIL being stolen & defrauded by the perpetrators. Therefore, PLEASE have ALL services requested by CERTIFIED MAIL with A RESTRICTED RETURN RECEIPT— A VALID ID MUST BE REQUESTED FOR SIGNATURE UPON RECEIVING.